**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Steffani Walther and Michael Walther, Appellants,

v.

Eddie Maple and Kate Maple, individually and d/b/a Equine Management, LLC, Respondents.

Appellate Case No. 2013-002569

————————

Appeal From Beaufort County
Maité D. Murphy, Circuit Court Judge

————————

Unpublished Opinion No. 2016-UP-095
Submitted January 1, 2016 – Filed March 2, 2016

————————

**AFFIRMED**

————————

Robert V. Mathison, Jr., of Mathison & Mathison, of Hilton Head Island, for Appellants.

David Starr Cobb, of Turner Padget Graham & Laney, PA, of Charleston, for Respondents.

————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial [court] to be preserved for appellate

review."); *id.* at 77, 497 S.E.2d at 734 ("Post-trial motions . . . are used to preserve those [issues] *that have been raised to the trial court* but not yet ruled upon by it." (emphasis added)).

**AFFIRMED.**[1]

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.